CO-386-online
10/03

# United States District Court
# For the District of Columbia

ISLAND FILM, S.A.
Hotel Nacional, Suite 366, Calle O Esq. 21 Vedado C.
Havana, Cuba

)
)
)
)
)                                    Plaintiff   )        Civil Action No._____
                 VS                             )
                                                )
DEPARTMENT OF THE TREASURY                      )
1500 Pennsylvania Avenue, NW                    )
Washington, DC  20229                           )
                                                )
                                 Defendant      )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Island Film, S.A.                          certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of   None                                     which have

any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

137935
_____
BAR IDENTIFICATION NO.

Peter S. Herrick
_____
Print Name

3520 Crystal View Court
_____
Address

Miami, FL  33133
_____
City            State            Zip Code

305-858-2332
_____
Phone Number