UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISLAND FILM, S.A. ) <br> Hotel National ) <br> Suite 366 ) <br> Calls O Esq. 21 Venado C. ) <br> Havana, Cuba, ) <br>         Plaintiff ) <br> ) <br> v.                                ) <br> ) <br> DEPARTMENT OF THE TREASURY ) <br> 1500 Pennsylvania Ave. NW ) <br> Washington, D.C. 20220, ) <br> ) <br>         Defendant ) <br> _____) | Civil Action No. 1:08cv-00286(RWR) <br> ECF |

NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Raymond A Martinez Special Assistant United States Attorney, as counsel of record for defendants, in the above-captioned case.

March 24, 2007

Respectfully submitted,

Raymond A Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150
(202) 514-8780 (facsimile)

CERTIFICATE OF SERVICE

I hereby certify that on this <sup>24th</sup> day of Marc h I caused the foregoing  Notice to be served on Plaintiff's, counsel **Peter S. Herrick,** via first class mail, postage prepaid addressed as follows:

Peter S. Herrick
3520 Crystal View Court
Miami, Florida 33133
Tel: 305-858-2332
Fax: 305-858-6347
Email: pherrick@bellsouth.net

                                       Raymond A. Martinez
__/s/_____
Raymond A. Martinez
Special Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-9150