UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Island Film, S.A.<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 1:08-cv-00286(RWR)<br>)    (ECF) |
| Department of the Treasury | )<br>) |
|     Defendant. | )<br>) |

## CONSENT MOTION TO EXTEND TIME TO FILE ANSWER OR OTHERWISE RESPOND

    Defendant, U.S. Department of the Treasury (Treasury), by and through undersigned counsel, hereby moves for an additional four week extension of time to file its answer or otherwise respond to Plaintiff's complaint, through and including August 4, 2008. Good cause exists to grant this motion.

    1. Defendant's response to Plaintiff's complaint is due on July 7, 2008.

    2. Undersigned counsel has been advised by Treasury that responsive documents to Plaintiff's Freedom of Information Act (FOIA) have been processed and will be sent to plaintiff via FedEx or a similar service on or before July 7, 2008. However, undersigned counsel has also been advised that the Office of Foreign Asset Control (OFAC) has not, to the best of its knowledge, received from Plaintiff a $1,267.02 processing fee that on May 22, 2008 Plaintiff was notified is due. This request was again made in a letter dated June 26, 2008, in response to correspondence from Plaintiff. OFAC's processing of the request notwithstanding non-payment of the required fee should not be construed as a fee waiver; OFAC expressly reservs the right to require payment before further responding in this matter in connection with the processing of this

request.

    3. This extension is necessary to enable Plaintiff to have time to pay the fee and upon receipt of the documents to review what is provided in order to allow Plaintiff and Defendant time to resolve any issues regarding the production to avoid further litigation.

    4. Undersigned counsel has conferred with Plaintiff's counsel pursuant to Local Rule 7(m) and Plaintiff's counsel on the issue of time to review and does not object to the enlargement of time. However, undersigned counsel has left a subsequent message via voice mail for additional time for payment of the fees of two weeks and has not heard back.

    5. This is the second request made for an extension of the response deadline.

    WHEREFORE, Defendants request that this enlargement be granted, and that the date for the response to the complaint be extended to August 4, 2008.

                                        Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR No. 434122
Assistant United States Attorney


_____/s/_____
Raymond A. Martinez, Tx Bar No. 13144015
Special Assistant United States Attorney
Civil Division
555 4th Street, N. W.
Washington, D.C. 20530
(202) 514-9150

## CERTIFICATE OF SERVICE

I hereby certify that on this ³ʳᵈ day of July, 2008, I caused the foregoing *Motion to Extend Time* to be served on *attorneys for* Plaintiff, postage prepaid, addressed as follows:

Peter S. Herrick
Counsel for Plaintiff
3520 Crystal View Court
Miami, Florida 33133
Tel: 305-858-2332
Fax: 305-858-6347
e-mail pherrick@bellsouth.net

                                                      /s/
                                       Raymond A. Martinez
                                       Special Assistant United States Attorney
                                       555 4th Street, NW
                                       Civil Division
                                       Washington, D.C.  20530
                                       (202) 514-9150
                                       (202) 514-8780 (facsimile)