IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ISLAND FILM, S.A., ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 08-000286(RWR) |
| v. ) | |
| ) | |
| DEPARTMENT OF THE TRESURY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A BRIEFING SCHEDULE**

Plaintiff brought this suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552. Defendant timely filed its answer to Plaintiff's Complaint on Monday, August 4, 2008, and now, respectfully moves the Court for a briefing schedule to govern further disposition of this case. See Edmonds Institute v. U.S. Dept. Of Interior, 460 F.Supp.2d 63, 69 (D.D.C. 2006), quoting Military Audit Project v. Casey, 656 F.2d 724, 738 (D.C.Cir. 1981)("In a FOIA case, the Court may award summary judgment solely on the basis of information provided by the department or agency in affidavits or declarations that 'describe the documents and the justifications for nondisclosure with reasonably specific detail, demonstrate that the information withheld logically falls within the claimed exemption, and are not controverted by either contrary evidence in the record nor by evidence of agency bad faith.'").

Specifically, Defendant moves the Court for an Order with the following deadlines: Defendant's Motion for Summary Judgment would be due October 8, 2008, Plaintiff's Opposition would be due November 7, 2008, and Defendant's Reply would be due November 28, 2008. The requested deadline for the initial motion reflects or considers the significant

workload demands on Defendant's undersigned counsel (who has a trial in the Title VII case, Schroer v. Billington, Civil Action No. 05-1090(JR), during the month of August and who anticipates filing, after that trial, a motion for summary judgment in Roane v. Mukasey, Civil Action No. 05-2337(RWR), a case in which the plaintiffs challenge the constitutionality of the means by which federal death sentences are carried out) as well as the agency employees responsible for drafting the Vaughn[1] Index or declaration which will be used to support Defendant's dispositive motion. With regard to this non-dispositive motion, pursuant to Local Rule 7(m), Defendant's counsel contacted Plaintiff's counsel and was informed that Plaintiff does not oppose Defendant's request for a briefing schedule. A proposed Order consistent with this requested relief is being filed with this Motion.

Date: August 5, 2008

                                          Respectfully Submitted,

                                          /s/ Jeffrey A. Taylor /bmr
                                          _____
                                          JEFFREY A. TAYLOR, D.C. BAR #498610
                                          United States Attorney

                                          /s/ Rudolph Contreras /bmr
                                          _____
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney

---

[1] See Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973)(The Vaughn decision requires agencies to prepare an itemized index correlating each withheld document, or portion thereof, with a specific FOIA exemption and the relevant part of the agency's nondisclosure justification.)

        /s/ Beverly M. Russell
        _____

| Of Counsel: | BEVERLY M. RUSSELL, D.C. Bar #454257 |
|---|---|
| Jennifer Hershfang, Esq. | Assistant United States Attorney |
| Department of the Treasury | U.S. Attorney's Office for the District |
| |  of Columbia, Civil Division |
| | 555 4th Street, N.W., Rm. E-4915 |
| | Washington, D.C. 20530 |
| | Ph:  (202) 307-0492 |
| | Fax: (202) 514-8780 |
| | E-Mail: beverly.russell@usdoj.gov |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ISLAND FILM, S.A.,** | ) |
| **Plaintiff** | ) |
| v. | ) Civil Action No. 08-000286(RWR) |
| **DEPARTMENT OF THE TRESURY,** | ) |
| **Defendant.** | ) |

### ORDER

This matter is before the Court on *Defendant's Unopposed Motion for a Briefing Schedule*. Upon consideration of this motion and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's motion should be and hereby is GRANTED, and thus, Defendant shall have up to and including October 8, 2008 to file its dispositive motion; Plaintiff shall have up to and including November 7, 2008 to file its opposition memorandum; and Defendant shall have up to and including November 28, 2008 to file its Reply.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

cc:
Peter S. Herrick
3520 Crystal View Court
Miami, Florida 33133-4025

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530